# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RAHEEM ANDERSON | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO: 14-6747 |
| CITY OF PHILADELPHIA, et al. | : | |

## ORDER

AND NOW, this 12th day of June 2015, upon consideration of Defendant City of Philadelphia's Motion to Dismiss the Amended Complaint attempting to state a *Monell* claim against the City of Philadelphia (ECF Doc. No. 17), and Plaintiff's Opposition (ECF Doc. No. 19), it is **ORDERED the Motion is GRANTED**:

1. The City of Philadelphia's Motion to Dismiss the § 1983 claims against it is **GRANTED** and Count II against the City of Philadelphia is **DISMISSED with prejudice**.

2. The City of Philadelphia remains a defendant in the state law claims plead in Counts III through VI.

3. The City of Philadelphia shall answer the Amended Complaint on or before **June 26, 2015**.

KEARNEY, J.