# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAHEEM ANDERSON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO: 14-6747** |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | |

## ORDER

**AND NOW**, this 24th day of August 2015, upon consideration of Defendants' Motion for Summary Judgment (ECF Doc. No. 26), Plaintiff's Opposition (ECF Doc. No. 28), and Defendants' Reply (ECF Doc. No. 31), and for the reasons in the accompanying memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 26) is **GRANTED** as there are no genuine issues of material fact precluding summary judgment on any claim.

The Clerk of Court shall **CLOSE** this case.

_____
KEARNEY, J.